UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:24-CR-00164 |
| | ) | |
| | ) | CHIEF JUDGE CAMPBELL |
| ISAAM HENRY | ) | |

## MOTION TO CONTINUE THE SUPPRESSION HEARING

COMES NOW the United States of America, by and through and the undersigned Acting United States Attorney, Robert E. McGuire, and moves to continue the supervised hearing in this case which is presently set for Wednesday, September 24, 2025 at 10:00 a.m.

For cause the United States would submit that the allegations in the petition describe potential violations of state law. The first state court appearance on these violations is set on October 6, 2025. Knowing state court as undersigned counsel does, it is possible that this setting will not be dispositive for the state case. Therefore, undersigned counsel would respectfully request to continue this matter until early 2026 in an effort to give the state case additional time to potentially be resolved. The United States submits that the state resolution will largely dictate the Government's recommendation to the Court for resolution in this case.

Undersigned counsel has conferred with defense counsel who has no opposition to this Motion and agrees with the cause stated herein.

Respectfully submitted,

　　*/s/ Robert E. McGuire*
ROBERT E. McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203